IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Barber, Michael A

Printed: 10/14/08

Case Number: 05 B 37378
Judge: Wedoff, Eugene R
Filed: 9/14/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 14, 2008
Confirmed: December 1, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 18,379.33 |  |
| Secured: |  | 6,056.67 |
| Unsecured: |  | 9,617.88 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,655.20 |
| Trustee Fee: |  | 1,002.04 |
| Other Funds: |  | 47.54 |
| Totals: | 18,379.33 | 18,379.33 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 1,655.20 | 1,655.20 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Resurgent Capital Services | Secured | 6,056.67 | 6,056.67 |
| 5. | Resurgent Capital Services | Unsecured | 2,253.06 | 8,023.17 |
| 6. | Credit First | Unsecured | 53.42 | 179.13 |
| 7. | Marshall Field & Company | Unsecured | 50.44 | 169.13 |
| 8. | Chase Bank | Unsecured | 86.23 | 307.07 |
| 9. | Consumer Portfolio Services | Unsecured | 116.57 | 407.09 |
| 10. | ECast Settlement Corp | Unsecured | 54.27 | 181.98 |
| 11. | Nicor Gas | Unsecured | 99.34 | 350.31 |
| 12. | City Of Chicago | Secured |  | No Claim Filed |
| 13. | Aspire Visa | Unsecured |  | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 15. | Instant Cash Advance | Unsecured |  | No Claim Filed |
| 16. | Area Plumbing & Sewer Co | Unsecured |  | No Claim Filed |
| 17. | Midland Finance Company/CPS | Unsecured |  | No Claim Filed |
| 18. | First National Bank | Unsecured |  | No Claim Filed |
| 19. | Capital One | Unsecured |  | No Claim Filed |
| 20. | National Quick Cash | Unsecured |  | No Claim Filed |
| 21. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 22. | Rockford Mercantile Agency | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 10,425.20 | $ 17,329.75 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Barber, Michael A

Printed:  10/14/08

Case Number:  05 B 37378
Judge:  Wedoff, Eugene R
Filed:  9/14/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 862.74 |
| 5% | 48.00 |
| 4.8% | 16.11 |
| 5.4% | 61.99 |
| 6.5% | 13.20 |
| | _____ |
| | $ 1,002.04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

